# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL RODRIGUEZ-ORTIZ,<br><br>Defendant. | Case No. 3:97-cr-00061-MMD<br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss (ECF No. 17) pursuant to Fed. R. Crim. P. 48(a).

IT IS THEREFORE ORDERED that the indictment against RAFAEL RODRIGUEZ-ORTIZ is hereby DISMISSED.

The Clerk of Court is directed to close this case.

DATED THIS 17th Day of April, 2024.

MIRANDA DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1